United States District Court
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT McDANIELS,

                    Petitioner,                    No. C 05-0904 PJH (PR)

    vs.                                            **RULINGS**

R. J. KIRKLAND, Warden,

                    Respondent.
_____/

       This is a habeas case filed pro se by a state prisoner.  It was stayed to allow petitioner to exhaust some issues in state court.  The stay was lifted when he informed the court that he had completed exhaustion, his motion to amend was granted, and an order to show cause was issued.  Before the court for ruling are several motions.

       Petitioner's notice of exhaustion includes a request for information on how to proceed which has been treated as a motion.  The information was given in the court's order lifting the stay.  The motion (document number 9 on the docket) is **DENIED** as moot.

       Respondent's motion for an extension of time to answer (document 20) is **GRANTED**.  The earlier motion (document 18) is **DENIED** as moot.  The answer is deemed timely.  Petitioner's motion for an extension of time to file a traverse (document 30) is **GRANTED**.  The traverse shall be filed by May 11, 2007.

       **IT IS SO ORDERED.**

Dated:  March 13, 2007.                    _____
                                           PHYLLIS J. HAMILTON
                                           United States District Judge

G:\PRO-SE\PJH\HC.05\MCDANIELS904.EXT